UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARMANDO VASQUEZ RIVAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, DESERT VIEW FACILITY, et al.,<br><br>　　　　Respondents. | Case No. 5:25-cv-03553-PA-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. 1, "Petition") filed by Armando Vasquez Rivas ("Petitioner"), the Answer to the Petition (Dkt. 6), Petitioner's Reply (Dkt. 7), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 9, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT the Petition is granted, in part, as follows. Respondents are ordered to arrange for an individualized bond hearing for Petitioner before an immigration judge under 8 U.S.C. § 1226(a)

within seven (7) days of the date of this Order, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond. The parties are ordered to file a status report within ten (10) days of the date of this Order detailing if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial. Respondents are ordered to release Petitioner from custody if Petitioner is not timely provided with the aforementioned bond hearing. In all other respects, the Petition is denied.

IT IS SO ORDERED.

Dated: March 06, 2026

PERCY ANDERSON
United States District Judge