UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARMANDO VASQUEZ RIVAS,<br>　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN, DESERT VIEW<br>FACILITY, et al.,<br><br>　　　　Respondents. | Case No. 5:25-cv-03553-PA-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge (Dkt. 10, "Order"),

IT IS ORDERED, ADJUDGED, and DECREED that the Petition (Dkt. 1) is granted, in part, as set forth in the Order, and is in all other respects, denied.

Dated: March 06, 2026

_____
PERCY ANDERSON
United States District Judge